UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN EHRET AND LACEY BLACKWELL | * * * | CIVIL ACTION NO. |
| Versus | * * | SECTION |
| MCDADE TRUCKING, INC. AND LANCER INSURANCE COMPANY | * * * * * | JUDGE<br><br>MAG. JUDGE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **NOTICE OF REMOVAL**

**NOW INTO COURT,** through undersigned counsel, come Defendants, McDade Trucking, Inc. and Lancer Insurance Company, to file this Notice of Removal to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §1441(b)("Removal Based Upon Diversity of Citizenship") on the following grounds:

1.

On July 1, 2017, a Petition for Damages ("Petition") was filed on behalf of Stephen Ehret and Lacey Blackwell in the Civil District Court for the Parish of Orleans, State of Louisiana, styled "Stephen Ehret and Lacey Blackwell v. McDade Trucking, Inc. and Lancer Insurance Company," Docket No. 2017-6397, Division "I-14" of that Court. *See* all pleadings served upon the Defendants to date attached as Exhibit 1.

2.

On July 12, 2017, the Petition was served on Lancer Insurance through its registered agent, the Louisiana Secretary of State. *See* Return of Service at Exhibit 2.

3.

Plaintiff requested citation to be served via Louisiana's long-arm statute upon McDade Trucking, Inc. ("McDade"). McDade received the long-arm service during the week of July 17, 2017.

4.

The United States District Court for the Eastern District of Louisiana is the federal judicial district embracing the Civil District Court for the Parish of Orleans, State of Louisiana, where the suit was originally filed.  Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a) and 28 U.S.C. § 98(a).

5.

As set forth in the Petition, Plaintiffs are domiciled in the Parish of Jefferson, State of Louisiana. *See* Petition at first "appearance" paragraph (Exhibit 1).

6.

Defendant, Lancer Insurance Company ("Lancer"), is a company existing and organized under the laws of Illinois, with its principal place of business in New York.  At all relevant times, Lancer has been a corporate citizen of the state of Illinois. *See* Louisiana Department of Insurance Database Company Search Document, attached as Exhibit 3; Illinois Department of Insurance Database Company Search Document, attached as Exhibit 4.

7.

McDade Trucking, Inc. ("McDade") was an Alabama corporation at the time of the alleged accident made the subject of this litigation, July 1, 2016. *See* Alabama

Secretary of State print-out (Exhibit 5). Plaintiff's Petition requested long-arm service on McDade at 923 Travis Street, Montgomery, AL 36108.

8.

Because the Defendants are citizens of Illinois and Alabama, respectively, and the Plaintiffs are citizens of Louisiana, there is complete diversity of citizenship among the parties. As such, this Honorable Court has diversity jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

9.

Plaintiffs' Petition for Damages did not allege a specific monetary amount of damage. However, the Plaintiffs' attorney issued a demand letter on March 15, 2017 to Lancer seeking $175,000 for each Plaintiff. *See* Demand Package (Exhibit 6). To accompany the demand letter, the Plaintiffs' counsel attached medical records of treatment following the subject accident, including MRI reports for Stephen Ehret which noted what the radiologist believed to be herniated discs at the cervical and lumbar spine. *Id.*

10.

By stating in their demand letter that their claim for damages is greater than $75,000.00, exclusive of interest and costs, Plaintiffs have clearly established that their claim exceeds the jurisdictional minimum as required by 28 U.S.C. § 1332. As noted by this Court in a similar case, a pre-petition settlement demand for an amount greater than $75,000 is sufficient evidence that the amount in controversy exceeds the jurisdictional threshold. *Creppel v. Fred's Stores of Tennessee, Inc.*, 2013 WL 3490927, *4, Civ. Act. No. 13-734 (E.D. La. 7/10/13).

11.

The notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. *See* 28 U.S.C. §1446(b)(1). In this case, Lancer was served on July 12, 2017. McDade was served via long-arm statute the following week. Therefore, the subject Notice of Removal is timely filed because 30 days from the July 12, 2017 service of process would be August 11, 2017.

12.

Promptly after the filing of the Notice of Removal, Defendants will serve written notice upon the adverse parties, through their attorney of record, a copy of the Notice of Removal being filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, to effect removal of this action, all in conformity with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, McDade Trucking, Inc. and Lancer Insurance Company, pray that the above-described civil action be removed from the Civil District Court for the Parish Orleans, State of Louisiana, to this Honorable Court for trial and determination as provided by law; that this Court enter such orders and issue such process as may be necessary and proper to bring before it a copy of all records in the proceeding presently pending before the aforesaid State Court, and thereafter proceed with the civil action as if it were originally commenced in this Court, and for all necessary and appropriate orders and decrees in accordance with the applicable law.

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**


*/s/ Gino R. Forte*_____
WADE A. LANGLOIS, III (LSBA No. 17681)
GINO R. FORTE (LSBA No. 29190)
BRITTANY A. COOPER (LSBA No. 36420)
OAKWOOD CORPORATE CENTER
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: (504)362-2466
Fax: (504) 362-5938
Email: wlanglois@grhg.net
           gforte@grhg.net
           bcooper@grhg.net
Attorneys for Defendants,
McDade Trucking, Inc. and Lancer Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on **July 27, 2017**, a copy of the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Gino R. Forte*_____
GINO R. FORTE

5