JUL-01-2017 SAT 09:59 PM   HEBERT LAW FIRM   FAX No. 504 34P

F I L E D
JUL - 1 2017
CLERK'S OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-6397   DIVISION " "

STEPHEN EHRET AND LACEY BLACKWELL   I-14

VERSUS

MCDADE TRUCKING INC. AND LANCER INSURANCE COMPANY

FILED _____

DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of Stephen Ehret and Lacey Blackwell, both persons of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana with respect represents that:

Made defendants herein are:

(a) McDade Trucking Inc., a corporation, who all times relevant herein was the at fault owner of the truck and tracker trailer which caused the instant auto crash, and the employer of the at fault driver;

(b) Lancer Insurance Company, a foreign insurance company, that at all times relevant herein had in full force and effect a policy of liability insurance, providing coverage for the acts of negligence committed by the defendant, McDade Trucking Inc., and the at fault driver and McDade Trucking Inc., in the instant auto crash as detailed herein;

1.

This court has Jurisdiction over this cause of action since the cause of action occurred in the State of Louisiana, while the defendants were in the State of Louisiana.

2.

Venue is proper in this court since the instant auto crash occurred in Orleans Parish.

3.

The defendants, McDade Trucking, Inc. and Lancer Insurance Company are liable jointly, severally and in solido to plaintiffs, Stephen Ehret and Lacey Blackwell in such amounts as may be reasonable in the premises with legal interest thereon from date of judicial demand, and for all costs of these proceedings, for the following reasons:

4.

On July 1, 2016, plaintiff, Stephen Ehret was lawfully operating his 2007 Infiniti G35 at the exit ramp of Tchoupitoulas Street at the Crescent City Connection Bridge (Highway 90 Business) located in Orleans Parish, seated in plaintiff's vehicle was guest passenger, Lacey Blackwell, seated in the front seat of the vehicle. As plaintiff lawfully proceeded on the exit



ramp, an eighteen wheeler truck and tractor trailer moved into plaintiff's lane of travel and crashed into the side of plaintiff's vehicle. The driver of the eighteen wheeler truck and tractor trailer failed to stop, and fled the scene of the crash. Plaintiffs recorded the license plate of the eighteen wheeler truck and tractor trailer, identified as Alabama business plate "3TR11345". Plaintiff, Lacey Blackwell was able to photograph the rear of eighteen wheeler truck and tractor trailer when it exited the down ramp. The driver drove the eighteen wheeler truck and tractor trailer into the Port of New Orleans entrance gate where access is restricted. Plaintiff, Stephen Ehret went to the New Orleans Police Department.

5.

The sole and proximate cause of the auto crash was the negligence, inattention, carelessness and other tortious actions and omissions of the at fault driver of the eighteen wheeler truck and tractor trailer in the following, but non-exclusive particulars:

 a. Improper lane usage;
 b. Carless Operation of a Motor Vehicle;
 c. Failure to keep a proper lookout;
 d. Failing to operate a motor vehicle as a prudent and reasonable driver;
 e. Failure to obey the traffic laws of the State of Louisiana;
 f. Inattentive operation of a motor vehicle; and
 g. Any and all other acts of negligence to be shown at the trial of this cause.

6.

The sole and proximate cause of the auto crash was the negligence of the defendant, McDade Trucking, Inc., in the following, but non-exclusive particulars:

 a. Entrusting an unskilled driver to operate its eighteen wheeler truck and tractor trailer;
 b. Failing to properly supervise an unskilled driver;
 c. Negligent entrustment of an eighteen wheeler truck and tractor trailer to an unskilled driver;
 d. Failure to properly train an unskilled driver; and
 e. Any and all other acts of negligence to be shown at the trial of this matter.

7.

Plaintiff, Stephen Ehret avers that he has sustained serious bodily injuries which required him to undergo medical treatment and diagnostic testing as a direct result of the aforementioned auto crash. Plaintiff consulted with physicians who diagnosed him with injuries related to and caused by the auto crash. Plaintiff's injuries have caused him to suffer with pain and discomfort and to incur expenses for medical treatment. Plaintiff has sustained the following damages, which includes, but are not limited to:

 a. Neck and back injuries;

    b.    Shoulder injuries;
    c.    Loss of enjoyment of life, past, present, and future;
    d.    Medical expenses: past, present, and future; and
    e.    Any and all other damages which may be proven at the trial in this matter.

8.

Plaintiff, Lacey Blackwell avers that she has sustained serious bodily injuries which required her to undergo medical treatment and diagnostic testing as a direct result of the aforementioned auto crash. Plaintiff consulted with physicians who diagnosed her injuries related to and caused by the auto crash. Plaintiff's injuries have caused her to suffer with pain and discomfort and to incur expenses for medical treatment. Plaintiff has sustained the following damages, which includes, but are not limited to:

    a.    Back injuries;
    b.    Shoulder and hip injuries;
    c.    Loss of enjoyment of life, past, present, and future;
    d.    Medical expenses: past, present, and future; and
    e.    Any and all other damages which may be proven at the trial in this matter.

9.

Plaintiff, Stephen Ehret, avers that his 2007 Infiniti G35 sustained property damages, including but not limited to the following:

    a.    of use of his Infiniti G35;
    b.    Diminution in value of his Infiniti G35;
    c.    Any and all other damages which may be proven at the trial in this matter.

10.

At all times relevant herein, the defendant McDade Trucking, Inc., is liable to Stephen Ehret and Lacey Blackwell for the acts of negligence committed by the unknown driver of its eighteen wheeler truck and tractor trailer, pursuant to the doctrine of respondeat superior, while the driver of the eighteen wheeler truck and tractor trailer was acting in the course and scope of his employment duties with McDade Trucking, Inc.

**WHEREFORE**, plaintiffs, Stephen Ehret and Lacey Blackwell prays that the defendants, McDade Trucking, Inc. and Lancer Insurance Company be duly cited and served with a copy of this Petition for Damages and be made to appear and answer same, and that after due proceedings be had, there be Judgment herein in favor of plaintiffs, Stephen Ehret and Lacey Blackwell and against the defendants, McDade Trucking, Inc. and Lancer Insurance Company, jointly, severally, and in solido in such amounts that may be reasonable in the premises, with

JUL-01-2017 SAT 10:00 PM    HEBERT LAW FIRM    FAX No. 504 34  '18    P. 005

legal interest calculated on all damages and all costs from the date of judicial demand, and for all general and equitable relief.

Respectfully Submitted,
HEBERT LAW FIRM, L.L.C.

By: *Blaine M. Hebert*
BLAINE M. HEBERT (LSBA#26923)
LOAN DO (LSBA#37099)
1804 Barataria Boulevard, Suite A
Marrero, Louisiana 700720
Telephone: (504) 348-3217
Facsimile: (504) 348-3218
blaine@blainehebertlaw.com
lhdo@blainehebertlaw.com
Attorneys for Plaintiffs, Stephen Ehret and Lacey Blackwell

PLEASE SERVE:

1) McDade Trucking, Inc.
   Through Its Registered Agent
   Timmie McDade
   923 Travis Street
   Montgomery, Alabama 36108

2) Lancer Insurance Company
   Though Its Registered Agent:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

4