# HEBERT LAW FIRM, L.L.C.

1804 Barataria Boulevard, Suite A
Marrero, Louisiana 70072
Telephone: (504) 348-3217
Facsimile: (504) 348-3218
www.hebertlawfirm.com

Blaine M. Hebert
blaine@blainehebertlaw.com

Loan H. Do
lhdo@blainehebertlaw.com

March 15, 2017

Amy Bergeron, SCLA, CWCP
The Wallis Group, Inc.
17732 Highland Road
Ste. G, Box 102
Baton Rouge, LA 70810

|        | Re: | Claim #:       | 1918327                            |
|--------|-----|----------------|------------------------------------|
|        |     | Your Insured:  | McDade Trucking, Inc.              |
|        |     | Claimants:     | Stephen Ehret and Lacey Blackwell  |

Dear Amy:

Please find attached medical records and medical bills for medical treatment rendered to Stephen Ehret and Lacey Blackwell for injuries they sustained as a result of the auto crash caused by your insured on July 1, 2016.

At this time, I would recommend that Stephen Ehret and Lacey Blackwell each accept $175,000.00 as a full and final settlement for their bodily injury claims, with a full release of your insured.

With kindest regards,

Sincerely,

*Blaine M. Hebert*

BLAINE M. HEBERT

BMH/am
Attachments



EXHIBIT

6

MAKE CHECKS PAYABLE TO:                                    STATEMENT

WESTBANK PHYSICIAN REHABILITATION
4140 Westbank Expressway
Marrero, LA 70072

Chart No.:          168-43180
Statement Date:     03/10/2017 23:59

Pay this Amount:    $2,437.90

STEPHEN EHRET                          Patient
74 1/2 2ND STREET                      STEPHEN EHRET
GRETNA, LA 70053                       74 1/2 2ND STREET
                                       GRETNA, LA 70053

✂ Detach and return above portion with payment

| Date | Claim # Doctor | Procedure | Description | ICD | Amount | Balance |
|------|----------------|-----------|-------------|-----|--------|---------|
| 8/1/16 | 207659445 Westbank Physician Rehab ME | 99204 | Initial Office Visit | S13.4XXA | 254.00 | |
| | | 20550 | Injection/ Intra-muscular | S13.4XXA | 91.30 | |
| | | 90772 | Injection -Intramuscular | S13.4XXA | 63.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| | | ELECT | ELECTRODES | S13.4XXA | 25.60 | |
| 8/8/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 8/12/16 | | 99213 | Return Office Visit | S13.4XXS | 121.00 | |
| 8/13/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 8/18/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 8/20/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 8/27/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 9/2/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 9/10/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 9/12/16 | | 99213 | Return Office Visit | S13.4XXS | 121.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 9/15/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 9/22/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 9/28/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 10/4/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 10/7/16 | | 99213 | Return Office Visit | S13.4XXS | 121.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 10/11/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 10/15/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |

Mar. 10. 2017  3:58PM    Lt. Medical  N.S.J
MAKE CHECKS PAYABLE TO:

**STATEMENT**

WESTBANK PHYSICIAN REHABILITATION
4140 Westbank Expressway
Marrero, LA 70072

Chart No.:       168-43180
Statement Date:  03/10/2017 23:59
Pay this Amount:  $2,437.90

STEPHEN EHRET                        Patient
74 1/2 2ND STREET                    STEPHEN EHRET
GRETNA, LA 70053                     74 1/2 2ND STREET
                                     GRETNA, LA 70053

✂ Detach and return above portion with payment

| Date | Claim # / Doctor | Procedure | Description | ICD | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/15/16 | 207659445 Westbank Physician Rehab MI | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 10/18/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 10/27/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 11/1/16 | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |
| 11/7/16 | | 99213 | Return Office Visit | S13.4XXS | 121.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S13.4XXA | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S13.4XXA | 42.00 | |

| Sub-Total for Claim: | | | | | 2,437.90 | 2,437.90 |

| Balance Due: | | | | | 2,437.90 | 2,437.90 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,437.90 |

# WESTBANK PHYSICIANS REHAB

3140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4322 · FAX: 504-347-7752



August 1, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Stephen Ehert
      SSS#    ▓▓▓
      D/A   July 5, 2016
      IOV   August 1, 2016

Dear Mr. Hebert,

CHIEF COMPLAINT:  The patient comes in complaining of neck pain, back pain and bilateral shoulder pain.

HISTORY OF PRESENT ILLNESS:  Mr. Ehert is a 51-year-old male patient who was seen in the office today for injuries related to a motor vehicle accident that occurred on July 5, 2016. He states he was the restrained driver of a vehicle that was moving on I-10 exiting on Tchoupitoulas when side swiped by an 18-wheeler that merged into his lane of traffic. He states the airbags did not deploy and that he was able to get out of the vehicle and move around at the accident scene. He reports heavy damage to the vehicle he was driving. There were no reports of head trauma or loss of consciousness. There are no complaints of headaches, dizziness, nausea or vomiting. He states an ambulance was not called out to the accident scene. He did not go to the hospital for emergency room treatment. He states his pain was not felt immediately after the accident, but approximately a week later.

PAST MEDICAL HISTORY:  The patient does not report being involved in any previous accidents. He reports no known medication allergies. He suffers from no other illnesses such as high blood pressure, heart disease, diabetes or anemia. There is no previous surgical history to report.

SOCIAL HISTORY:  He is single with three children. He is right handed. He is currently employed as a driver for Bridge House. He has not missed any days of work due to this accident. He smokes five cigarettes a day and never drinks alcohol.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-340-4522 · FAX: 504-347-7751

Ehret, Stephen
Page 2

**PHYSICAL EXAMINATION:** This patient was seen by Dr. David Dunn.

**HEENT:** The head is normocephalic and atraumatic. The pupils are equal, round and reactive to light and accommodations. Extraocular movements are normal. There is no tenderness noted around the temporomandibular joints. The ears, nose and throat are clear.

**NECK:** There are no surgical scars noted over the neck. There is pain with range of motion of the cervical spine with tenderness and muscle spasms palpated bilaterally in the cervical paraspinous, trapezius and sternocleidomastoid muscles. There is no thyromegaly.

**CHEST:** There is no chest wall bruising, swelling or tenderness noted

**LUNGS:** The lungs are clear to auscultation and percussion.

**HEART:** The heart shows a regular rate and rhythm. There are no murmurs heard.

**ABDOMEN:** Soft, nontender. There are good bowel sounds heard in all quadrants.

**BACK:** There are no surgical scars noted over the back. There is tenderness noted in the thoracic midline region. There is tenderness and muscle spasms palpated bilaterally in the thoracic paraspinous muscles. There is good range of motion of the lumbar spine. There are no muscle spasms noted.

**EXTREMITIES:** There is pain with range of motion of the left arm with tenderness noted. The patient is complaining of numbness and tingling in the left arm. There is pain with range of motion of the bilateral shoulders with tenderness palpated bilaterally in the trapezius muscles. The lower extremities are within normal limits. There is no tenderness, bruising or swelling noted.

**NEURO:** Deep tendon reflexes are 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal. Cranial nerves III-XII are grossly intact.

**CLINICAL IMPRESSION:** Motor vehicle accident of July 5, 2016 producing:
1. Cervical strain and spasm.
2. Thoracic strain and spasm.
3. Left arm radiculopathy.
4. Bilateral shoulder strain.

**RECOMMENDATIONS:**
1. Mobic, Pepcid, Flexeril, Tramadol. All medications are to be taken as prescribed and directed. Appropriate medication instructions and precautions were issued
2. X-rays of the cervical spine, thoracic spine and lumbar spine.
3. A Toradol and Dexamethasone injection was given today-tolerated well.
4. The patient is to begin a conservative treatment program here in the office.
5. The patient was asked to return in two weeks for a follow up visit with the physician.

David Dunn, M.D.

# WESTBANK PHYSICIANS REHAB
1140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-6632 · FAX: 504-341-7252



August 12, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:    Stephen Ehert
       SS#
       D/A    July 5, 2016

Dear Mr. Hebert,

CHIEF COMPLAINT:  The patient comes in complaining of neck pain, back pain and bilateral shoulder pain.

INTERIM HISTORY:  Mr. Ehert is a 51-year-old male patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016.  On this evaluation in the office, she is complaining of off and on neck, back and shoulder pain in the 8/10 range.  She states her pain is aggravated mostly from standing and laying down.  He complains of having trouble sleeping at night due to his pain.  He is complaining of numbness in his right arm.  There are no complaints of bowel trouble or bladder trouble on this visit  There are no new accidents to report.

PHYSICAL EXAMINATION:  This patient was seen by Dr. David Dunn.  Vital signs:  BP: 139/77, P: 101.
NECK:  There is pain with range of motion of the cervical spine with tenderness and muscle spasms palpated bilaterally in the cervical paraspinous and trapezius muscles.
BACK:  There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region.  There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles.
CHEST:  The chest is nontender.
HEART:  The heart shows a regular rate and rhythm.
LUNGS:  The lungs are clear to auscultation and percussion.
EXTREMITIES:  The patient is complaining of tingling in the left arm.  There is pain with range of motion of the bilateral shoulders with tenderness palpated bilaterally in the trapezius muscles.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752

Ebert, Stephen
Page 2

The lower extremities are within normal limits. There is no tenderness, bruising or swelling noted.
NEURO: Deep tendon reflexes were 2+ equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

REVIEW OF X-RAY REPORTS: The x-ray reports from Dr. Jeffrey Laborde were received and reviewed.
In the cervical spine, the impression is:
1. Advanced degenerative disc disease at C5-6 and C6-7.
2. Reversal of normal lordotic curvature suggesting muscular spasm.

RECOMMENDATIONS:
1. The patient is to continue with his medication as prescribed and directed.
2. The patient is asked to continue with his conservative treatment program here in the office.
3. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

# WESTBANK PHYSICIANS REHAB
4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752



September 12, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Stephen Ebert
      SS#    ▓
      D/A    July 5, 2016

Dear Mr. Hebert,

CHIEF COMPLAINT:   The patient comes in complaining of neck pain, back pain and shoulder pain.

INTERIM HISTORY:   Mr. Ebert is a 51-year-old male patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016.   On this evaluation in the office, he is complaining of off and on neck, back and shoulder pain in the 8/10 range.   He states his pain is aggravated mostly from standing.   He complains of having trouble sleeping at night due to his pain.   He is complaining of numbness in his right arm.   There are no complaints of bowel trouble or bladder trouble on this visit.   There are no new accidents to report.   He states the treatment prescribed here in the office is helping.

PHYSICAL EXAMINATION:   This patient was seen by Dr. David Dunn.
NECK:   There is pain with range of motion of the cervical spine with tenderness and muscle spasms palpated bilaterally in the cervical paraspinous and trapezius muscles.
BACK:   There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region and the lumbar paraspinous muscles.
CHEST: The chest is nontender.
HEART:   The heart shows a regular rate and rhythm.
LUNGS:   The lungs are clear to auscultation and percussion.
EXTREMITIES:   There is pain with range of motion of the bilateral shoulders with tenderness palpated bilaterally in the trapezius muscles.   The lower extremities are within normal limits.   There is no tenderness, bruising or swelling noted.
NEURO:   Deep tendon reflexes were 2+ equal.   Straight leg raising is negative bilaterally.   Strength, motor and sensation exams are normal.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY • MARRERO, LOUISIANA 70072 • PHONE: 504-341-0823 • FAX: 504-347-7754

Ebert, Stephen
Page 2

RECOMMENDATIONS:

1. The patient is to continue with his medication as prescribed and directed.
2. The patient is asked to continue with his conservative treatment program here in the office.
3. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

# WESTBANK PHYSICIANS REHAB
4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752



October 7, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:  Stephen Ehert
     SS#    ▓▓▓
     D/A    July 5, 2016

Dear Mr. Hebert,

**CHIEF COMPLAINT:**   The patient comes in complaining of neck pain, back pain and shoulder pain.

**INTERIM HISTORY:**  Mr. Ehert is a 51 year-old male patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016.  On this evaluation in the office, he is complaining of off and on neck, back and shoulder pain in the 8/10 range.  He states his pain is aggravated by any and all activity.  He complains of having trouble sleeping at night due to his pain.  He is complaining of radiating pain in his right arm.  He is complaining of numbness and tingling in his right arm.  There are no complaints of bowel trouble or bladder trouble on this visit.  There are no new accidents to report.  He states the treatment and medication prescribed here in the office is helping.

**PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn.**
NECK:  There is pain with range of motion of the cervical spine with tenderness and muscle spasms palpated bilaterally in the cervical paraspinous and trapezius muscles.
BACK:  There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region.  There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the right arm with tenderness noted.  The patient is complaining of numbness in the right arm.  There is pain with range of motion of the bilateral shoulders with tenderness palpated bilaterally in the trapezius muscles.  The lower extremities are within normal limits.  There is no tenderness, bruising or swelling noted.

# WESTBANK PHYSICIANS REHAB

1140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7252

Ehret, Stephen
Page 2

NEURO:   Deep tendon reflexes were 2+ equal.   Straight leg raising is negative bilaterally.
Strength, motor and sensation exams are normal.

RECOMMENDATIONS:
1.  The patient is to continue with his medication as prescribed and directed.
2.  The patient is given a referral for MRI of the lumbar spine and cervical spine.
3.  The patient is asked to continue with his conservative treatment program here in the
    office.
4.  The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

# WESTBANK PHYSICIANS REHAB
4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-1821 · FAX: 504-341-7151



November 7, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Stephen Ebert
      SS#    
      D/A    July 5, 2016

Dear Mr. Hebert,

CHIEF COMPLAINT:  The patient comes in complaining of neck pain, back pain and shoulder pain.

INTERIM HISTORY:  Mr. Ebert is a 51-year-old male patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016.  On this evaluation in the office, he is complaining of off and on neck, back and shoulder pain in the 8/10 range.  He states his pain is aggravated by any and all activity.  He complains of having trouble sleeping at night due to his pain.  There are no complaints of bowel trouble or bladder trouble on this visit.  There are no new accidents to report.  He states the treatment and medication prescribed here in the office is helping.

PHYSICAL EXAMINATION:  This patient was seen by Dr. David Dunn.
NECK:  There is pain with range of motion of the cervical spine with tenderness and muscle spasms palpated bilaterally in the cervical paraspinous, trapezius and sternocleidomastoid muscles.
BACK:  There is pain with range of motion of the lumbar spine with tenderness noted in the lumbar midline region.  There is tenderness and muscle spasms palpated bilaterally in the lumbar paraspinous muscles.
CHEST:  The chest is nontender.
HEART:  The heart shows a regular rate and rhythm.
LUNGS:  The lungs are clear to auscultation and percussion.
EXTREMITIES:  There is pain with range of motion of the bilateral shoulders with tenderness palpated bilaterally in the trapezius muscles.  The lower extremities are within normal limits.  There is no tenderness, bruising or swelling noted.

# WESTBANK PHYSICIANS REHAB

1100 WESTBANK EXPRESSWAY • MARRERO, LOUISIANA 70072 • PHONE: 504.341.4822 • FAX: 504-347-7752

NEURO:  Deep tendon reflexes were 2+ equal.    Straight leg raising is negative bilaterally.
Strength, motor and sensation exams are normal.

Ehert, Stephen
Page 2

RECOMMENDATIONS:
1. The patient is to continue with his medication as prescribed and directed.
2. The patient is given a referral for MRI of the lumbar spine and cervical spine.
3. The patient is asked to continue with his conservative treatment program here in the office.
4. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

Dec. 30. 2016 11:46AM   La. Medical (W.B.)                     No. 5949   P. 1

## WESTBANK PHYSICIANS REHAB

4140 Westbank Expressway • Marrero, Louisiana 70072 • (504) 341-4322 • Fax (504) 347-7752

### DIAGNOSTIC TESTING REFERRAL

DATE: 11/7/16

ATTORNEY: B. HEBERT

PATIENT: Robert, Sbopko

THE ABOVE PATIENT NEEDS THE FOLLOWING TEST/PROCEDURE:

___ Neurological Consult

___ EMG/NCV ___ Bilateral Upper Extremity ___ Bilateral Lower Extremity

___ Consultation with a Neurosurgeon

___ CERVICAL ESI ___ LUMBAR ESI

___ CT SCAN OF THE _____

___ ORTHOPEDIC EVAL OF _____

___ OTHER

MRI X LUMBAR SPINE X CERVICAL SPINE ___ THORACIC SPINE

___ ( )SHOULDER ___ BRAIN   (  )WRIST

( )ANKLE   (  )KNEE   (  )OTHER _____

NOTE: _____

_____
ORDERING PHYSICIAN SIGNATURE

PLEASE FAX RESULTS TO FAX NUMBER ABOVE

Mar. 10. 2017  5:58PM    La. Medical 1D, b. ?                    No. 7369    P. 3

# WESTBANK PHYSICIANS REHAB

4140 Westbank Expressway • Marrero, Louisiana 70072 • (504) 341-4822 • Fax (504) 347-7752

## DIAGNOSTIC TESTING REFERRAL

DATE: _____ 3/10/17 _____

ATTORNEY: _____

PATIENT: _Stephen Ohrel_

THE ABOVE PATIENT NEEDS THE FOLLOWING TEST/PROCEDURE:

___Neurological Consult

___EMG/NCV___Bilateral Upper Extremity___Bilateral Lower Extremity

___Consultation with a Neurosurgeon

___CERVICAL ESI___LUMBAR ESI

___CT SCAN OF THE _____

_X_ORTHOPEDIC EVAL. OF _HD both_ .

___OTHER _____

MRI___LUMBAR SPINE___CERVICAL SPINE___THORACIC SPINE

___(   )SHOULDER    ___BRAIN    (   )WRIST

___(   )ANKLE    ___(   )KNEE    (   )OTHER _____

NOTE: _____

_____
ORDERING PHYSICIAN SIGNATURE

PLEASE FAX RESULTS TO FAX NUMBER ABOVE

MAR. 19, 2017  3:58PM   La. Medical IM.B.J        No. 1109   P. 4

*CANAL RADIOLOGY LABORATORY*
*2930 CANAL STREET, SUITE 200*
*NEW ORLEANS, LA 70119*
*(504) 821-2574*



*Patient:*     Stephen Ehret

*Exam #:*      169504

*Date:*        8/1/16

*X-RAY CERVICAL SPINE, 2 VIEWS: Advanced DDD occurs at C5-6 and C6-7 with disc space narrowing, endplate sclerosis, anterior spurring, and osteoarthritis of the facet joints. There is reversal of the normal lordotic curve suggesting muscular spasm. Remaining bone structures and disc spaces are normal. Vertebral column otherwise normal for alignment and mineralization, and the paraspinal soft tissues are normal.*

*IMPRESSION:*
*1. Advanced degenerative disc disease (DDD) at C5-6 and C6-7.*
*2. Reversal of normal lordotic curve suggesting muscular spasm.*

*X-RAY THORACIC SPINE, 2 VIEWS: AP and lateral views of the thoracic spine were obtained. Normal for alignment. No accentuated kyphosis or scoliosis. No evidence of fracture or lytic lesion. Normal intervertebral disc spaces with no significant spur formation. No abnormality of the paraspinal soft tissues. No abnormality of the costovertebral joints.*

*IMPRESSION: Normal thoracic spine.*

*X-RAY LUMBAR SPINE, 2 VIEWS: AP and lateral views of the lumbar spine were obtained. Normal bone structure and alignment for the patient's age. No abnormality of the disc spaces. Normal volume. No significant spur formation. No abnormality of posterior elements and facet joints. No abnormality of bone mineralization pattern. No abnormality of the surrounding soft tissues.*

*IMPRESSION: Normal study.*

*Jeffery Laborde, M.D.*

Mar. 10, 2017  3:58PM   La Medical (W.B.)                          No. 7785  P. 5

Canal Radiology Laboratory

TIN: 72-0976348

WESTBANK PHYSICIANS REHAB
4140 WESTBANK EXPRESSWAY
MARRERO, LOUISIANA 70072

*CONFIDENTIAL*

PATIENT: Stephen Ethot

REFERRING DR.: Dunn

X-RAY #: 116-9504.82

DATE: 8/04/16

| CHEST | CODE | PROCEDURE | AMOUNT | EXTREMITIES | CODE | PROCEDURE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | 73560 | Heel  RT  LT  BT | $25.00 |
| | 71020 | PA & Lateral Chest | $110.00 | | 73630 | Foot 3 Views  RT  LT  BT | $100.00 |
| | 71021 | 3 Views of Chest | $135.00 | | 73070 | Elbow 2 Views  RT  LT  BT | $85.00 |
| | 71022 | 4 Views of Chest | $165.00 | | 73080 | Elbow 4 Views  RT  LT  BT | $115.00 |
| | 71010 | DAF Chest | $85.00 | | 73550 | Femur  RT  LT  BT | $110.00 |
| Pediatric Chest | CODE | PROCEDURE | AMOUNT | | 73140 | Finger  RT  LT  BT | $85.00 |
| | 71023 | Age 0-3 K DPA/DAP LAT | $90.00 | | 73660 | Toe  RT  LT  BT | $85.00 |
| | 71020 | Age 3 X=103 Views | $75.00 | | 73050 | Forearm  RT  LT  BT | $100.00 |
| | 71020 | Apical Lordotic | $85.00 | | 73100 | Wrist 1 Views  RT  LT  BT | $90.00 |
| RIBS | CODE | PROCEDURE | AMOUNT | | 73110 | Wrist 2 Views  RT  LT  BT | $135.00 |
| | 71100 | Unilateral Ribs | $115.00 | | 73120 | Hand 2 Views  LL  BT | $90.00 |
| | 71101 | Uni Ribs & PFA Chest | $145.00 | | 73130 | Hand 3 Views  RT  LT  BT | $115.00 |
| | 71101 | Uni Ribs,PA-LAT Chest | $170.00 | | 73560 | Knee 2 Views  RT  LT  BT | $95.00 |
| | 71110 | Bilateral Ribs | $185.00 | | 73562 | Knee 3-4 Views  RT  LT  BT | $130.00 |
| | 71130 | Sterno-Clavicular | $140.00 | | 73564 | Knee 6 Views  RT  LT  BT | $170.00 |
| | 74000 | KUB Abdomen | $100.00 | | 73590 | Tibia-Fibula  RT  LT  BT | $115.00 |
| | 74020 | KUB&Erect Abdomen | $140.00 | | 73030 | Shoulder  RT  LT  BT | $100.00 |
| Face & Skull | CODE | PROCEDURE | AMOUNT | | 73000 | Clavicle 2 Views  RT  LT  BT | $100.00 |
| | | | | | 73600 | Ankle 2 Views  RT  LT  BT | $100.00 |
| | 70250 | Skull Survey | $110.00 | | 73610 | Ankle 3 Views  RT  LT  BT | $120.00 |
| | 70260 | Skull Complete | $160.00 | | 73050 | AC Joints-Pain  RT  LT  BT | $100.00 |
| | 70160 | Nasal Bones | $110.00 | | 73050 | AC Joints-w/Weights | $145.00 |
| | 70110 | Mandible Bilateral | $145.00 | | | RT  LT  BT | |
| | | | | | 73060 | Humerus  RT  LT  BT | $110.00 |
| | | | | | 73010 | Scapula  RT  LT  BT | $110.00 |
| | 70328 | TMJ's Bilateral | $155.00 | | SPINE | CODE | PROCEDURE | AMOUNT |
| | 74020 | Facial/Orbits 4 Views | $140.00 | | 72040 | Cervical Survey | $85.00 |
| PROFESSIONAL | CODE | AMOUNT | CODE | | 70052 | Cervical Complete | $170.00 |
| COMPONENT | | | | | 27020 | Thoracic Spine | $115.00 |
| | 1016 | $15.00 | 2026 | $25.00 | 72100 | Lumbar Survey | $110.00 |
| | 3026 | $50.00 | 4016 | $40.00 | 72110 | Lumbar Complete | $260.00 |
| | | | | | 72170 | AP Pelvis | $100.00 |
| | | | | | 73520 | Hips Bilateral | $260.00 |
| | | | | | 73510 | Hip,AP,Pelvis,Frog'z | $150.00 |
| | | | | | 72220 | Sacrum & Coccyx | $135.00 |
| | | | | | | | $155.00 |

TOTAL AMOUNT DUE:

$ 350.00

Jan 26. 2017  2:39PM    L.A. MRI                          No. 5731    P. 1/5



PATIENT: Stephen M. Ehret

DOB: _____                    DATE: 01/19/2017

REFERRED BY: Dunn

EXAMINATION: MRI lumbar spine, high field.

On the GE 1.5 Tesla System, sagittal T1, T2 and axial T2 images of the lumbar spine from T12 through the sacrum.

Indication: Pain/trauma.

Prior examinations: None.

Osseous structures: Vertebral column is normal for alignment. Vertebral bodies are well formed with no congenital anomalies. No evidence of fracture, lytic lesion, or subluxation

Bone marrow: Normal signal intensity for patient's age and body habitus. No evidence of any abnormal metabolic or hematologic process.

Paraspinous structures: Normal signal intensity of the paravertebral musculature with no evidence of inflammation or denervation. Great vessels are normal. No evidence of mass lesion or lymphadenopathy.

Intradural structures: Conus medullaris terminates in its normal position. No intrathecal mass lesion or abnormal inflammatory processes.

Disc spaces:

T12-L1 Intervertebral Disc: Moderate arthrosis of the facet joints. Hypertrophy of the facets and ligamentum flavum. The disc space is normal with no evidence of bulge, herniation, or protrusion. There is no spinal or foraminal stenosis.

L1-2 Intervertebral Disc: Moderate arthrosis of the facet joints. Hypertrophy of the facets and ligamentum flavum. The disc space is normal with no evidence of bulge, herniation, or protrusion. There is no spinal or foraminal stenosis.

L2-3 Intervertebral Disc: Positive for a central disc herniation/osteophyte complex extending into the anterior spinal canal. There is moderate central spinal stenosis. There is considerable hypertrophy of the facets and ligamentum flavum, more prominent on the left than the right. There is left lateral recess stenosis and possible left L3 nerve root compromise. No significant stenosis on the right. The foraminal volume remains adequate bilaterally.

4550 North Blvd, Suite 100                    3919 Harvard Ave.
Baton Rouge, La 70806                          Metairie, La 70006
(225) 454-5276                                 (504) 309-9657
(225) 454-6380 Fax                             (504) 309-9659 Fax

Stephen M. Ehret
January 19, 2017

L3-4 Intervertebral Disc:  Central and bilateral lateral annular bulge that still maintains a normal biconvex configuration but no significant spinal stenosis.  There is moderate hypertrophy of the facets and ligamentum flavum with no evidence of nerve root compromise.

L4-5 Intervertebral Disc:  Bilateral lateral recess stenosis noted.  On the right, there is a far right lateral disc herniation extending into the right lateral recess, and the stenosis is enhanced by hypertrophy of the right ligamentum flavum.  Left lateral recess stenosis is evident secondary to a left lateral disc bulge and significant hypertrophy of the left ligamentum flavum and facet joint.  The central spinal canal is normal.  The foraminal volume is normal.

L5-S1 Intervertebral Disc:  Central disc herniation that extrudes into the anterior epidural space but no significant nerve root displacement or compromise.  The neural foramina are patent.  The facets demonstrate mild to moderate arthrosis.  The foraminal volume is normal.

IMPRESSION:

1. T12-L1 and L1-2 arthrosis of the facet joints.
2. L2-3 central disc herniation/osteophyte complex, hypertrophy of the posterior elements, moderate central spinal stenosis, and possible left L3 nerve root compromise in a stenotic lateral recess.
3. L3-4 annular disc bulge and hypertrophy of the posterior elements.
4. L4-5 bilateral lateral recess stenosis secondary to a right lateral disc herniation and left lateral bulge with hypertrophy of the posterior elements.
5. L5-S1 central focal disc herniation and osteoarthritis of the facet joints.

Jeffery Laborde, M.D.

JL/es

Dictated but Not read

Jan. 26. 2017  2:40PM   L.A. MRI                                    No. 5730   P. 4/5



**LA MRI**

PATIENT: Stephen M. Ehret

DOB: ████████                                    DATE: 01/19/2017

REFERRED BY: Dunn

EXAMINATION: MRI cervical spine, high field.

On the high-field 1.5 Tesla system, multiple sagittal T1 and T2-weighted images were acquired with axial T2 weighted imaging.

Indication: Pain/trauma.

Prior examinations: None.

Osseous structures: Vertebral column is normal for alignment, no evidence of fracture, lytic lesion or subluxation.

Bone marrow: Normal signal intensity for patient's age and body habitus. No abnormal metabolic or hematologic process is noted.

Base of the skull, cervical inlet and intradural structures: Brain stem terminates in its normal position. Contents of the posterior fossa appear normal. Spinal cord of normal size, shape, and diameter throughout with no evidence of mass lesion.

Paraspinous structures: Pericervical musculature is of normal. The surrounding soft tissues are clear with no evidence of mass lesion or lymphadenopathy.

Disc spaces:

C2-3 Intervertebral Disc: Normal cervical disc. No significant bulge, herniation, or protrusion. No evidence of degeneration, volume loss, or spondylosis formation. No evidence of spinal or foraminal stenosis. No evidence of cord or nerve root compromise.

C3-4 Intervertebral Disc: Central focal disc herniation with extruded disc fragment that displaces the right lateral aspect of the cord because of a right lateral predominance. It then courses to the right neural foramen and creates right foraminal stenosis and right C4 nerve root compromise. The left foraminal volume is adequate.

C4-5 Intervertebral Disc: Central broad-based disc herniation extruding into the spinal canal with a right lateral predominance. Minor displacement of the right lateral cord but no cord compression. Significant right foraminal stenosis and probable right C5 nerve root compromise. The left foraminal volume is normal.

4550 North Blvd, Suite 100                          2919 Harvard Ave.
Baton Rouge, La 70806                               Metairie, La 70006
(225) 454-6276                                      (504) 309-9657
(225) 454-6250 Fax                                  (504) 309-9659 Fax

Stephen M. Ehret
January 19, 2017

C5-6 Intervertebral Disc: Positive for advanced DDD with desiccation and loss of disc space volume
and a central and right lateral broad-based disc herniation that extrudes into the anterior spinal canal and
then courses to the right. There is displacement and slight compression of the right lateral cord. The
cord is reduced in its AP diameter by 10% just to the right of the midline. That herniation then courses
into the right neural foramen and creates right foraminal stenosis. There is also a left lateral component
that extends into the left neural foramen indicating a bilobed configuration of that herniation. There is
probable compromise of both C6 nerve roots.

C6-7 Intervertebral Disc: Prominent central and right lateral disc herniation with compression of the
central and right lateral aspect of the cord. It courses into the right neural foramen creating right
foraminal stenosis and significant left foraminal stenosis secondary to hypertrophy of the uncovertebral
joint and facets with probable compromise of both C7 nerve roots. That disc space also indicates
desiccation and loss of volume indicating longstanding degeneration.

C7-T1 Intervertebral Disc: Normal cervical disc. No significant bulge, herniation, or protrusion. No
evidence of degeneration, volume loss, or spondylosis formation. No evidence of spinal or foraminal
stenosis. No evidence of cord or nerve root compromise.

IMPRESSION:

1. C3-4 central and right lateral focal disc herniation and right foraminal stenosis.
2. C4-5 central and right lateral disc herniation with cord displacement and right foraminal stenosis.
3. C5-6 central disc herniation that is bilobed with bilateral and lateral extensions, bilateral cord
   compression, and bilateral foraminal stenosis.
4. C6-7 central and right lateral broad-based disc herniation, right lateral cord compression, and right
   foraminal stenosis.

Jeffery Laborde, M.D.

JL/es

Dictated but Not read

Jan. 25. 2017 2:39PM L A MRI                No. 5730 P. 1/5

MAKE CHECKS PAYABLE TO:

LA MRI,INC
1550 NORTH BLVD
SUITE 100
BATON ROUGE,LA 70806

**STATEMENT**

Chart No. 271-18439
Statement Date 01/24/2017 23.59
Pay this Amount $1,390.00

STEPHEN EHRETT
14 1/2 2ND ST.
GRETNA,LA 70053

Patient
STEPHEN EHRETT
14 1/2 2ND ST.
GRETNA,LA 70053

Detach and return above portion with payment

| Date | Claim # Doctor | Procedure | Description | ICD | Amount | Balance |
|---|---|---|---|---|---|---|
| 1/19/17 | 207593790 LA MRI INC | 72141 | MRI Cervical Spine | S13.4XXA | 695.00 | |
| | | 72148 | MRI of the Lumbar Spine | S13.4XXA | 695.00 | |
| Sub-Total for Claim: | | | | | 1,390.00 | 1,390.00 |
| Balance Due: | | | | | 1,390.00 | 1,390.00 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---|---|---|---|---|
| 1,390.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1/24/2017 9:53:00AM For Billing Questions Call 225-454-6276 Page 1 of 1

## Folse Pharmacy

4000 4th St
Marrero, LA 70072-2240
(504) 341-2711

## A/R Outstanding Balance Details

Print Date:      3/13/2017

Accounts Receivable Outstanding Balance Details

EHRET, STEPHEN
1804 Barataria Blvd Ste A
Marrero, LA 70072-4204

| | |
|---|---|
| Credit Limit: | $0.00 |
| Current Balance: | $487.91 |
| Last Payment On: | |
| Last Payment Amount: | $0.00 |

### EHRET, STEPHEN (Acct #:174)

| Date | Description | Total | Payments Applied | Balance Due |
|---|---|---|---|---|
| 8/1/2016 | 1039676-00 - Stephen Ehret | $21.51 | $0.00 | $21.51 |
| 8/1/2016 | 1039677-00 - Stephen Ehret | $28.99 | $0.00 | $28.99 |
| 8/1/2016 | 1039678-00 - Stephen Ehret | $29.39 | $0.00 | $29.39 |
| 8/1/2016 | 1039679-00 - Stephen Ehret | $27.72 | $0.00 | $27.72 |
| 8/12/2016 | 1041458-00 - Stephen Ehret | $40.71 | $0.00 | $40.71 |
| 8/29/2016 | 1039676-01 - Stephen Ehret | $21.51 | $0.00 | $21.51 |
| 8/29/2016 | 1039677-01 - Stephen Ehret | $28.99 | $0.00 | $28.99 |
| 8/29/2016 | 1039678-01 - Stephen Ehret | $29.39 | $0.00 | $29.39 |
| 8/29/2016 | 1039679-01 - Stephen Ehret | $27.72 | $0.00 | $27.72 |
| 9/12/2016 | 1045747-00 - Stephen Ehret | $40.71 | $0.00 | $40.71 |
| 10/10/2016 | 1039676-02 - Stephen Ehret | $21.51 | $0.00 | $21.51 |
| 10/10/2016 | 1039677-02 - Stephen Ehret | $28.99 | $0.00 | $28.99 |
| 10/10/2016 | 1039678-02 - Stephen Ehret | $28.70 | $0.00 | $28.70 |
| 10/10/2016 | 1039679-02 - Stephen Ehret | $27.72 | $0.00 | $27.72 |
| 10/10/2016 | 1049882-00 - Stephen Ehret | $40.71 | $0.00 | $40.71 |
| 11/7/2016 | 1054386-00 - Stephen Ehret | $43.64 | $0.00 | $43.64 |

| EHRET, STEPHEN (Acct #:174) | SubAccount Total | $487.91 |
|---|---|---|

Mar. 10. 2017  4:09PM  La. Medical [W.B.]   No. 7709   P. 19

| | |
|---|---|
| MAKE CHECKS PAYABLE TO: | STATEMENT |

WESTBANK PHYSICIAN REHABILITATION
4140 Westbank Expressway
Marrero, LA 70072

Chart No.:         168-43196
Statement Date:   03/10/2017 23:59
Pay this Amount:   $1,865.90

LACEY BLACKWELL
711 1/2 SECOND ST.
GRETNA, LA 70053

Patient
LACEY BLACKWELL
711 1/2 SECOND ST.
GRETNA, LA 70053

✕  Detach and return above portion with payment

| Date | Claim # Doctor | Procedure | Description | ICD | Amount | Balance |
|---|---|---|---|---|---|---|
| 8/2/16 | 207659912 Westbank Physician Rehab MI | 99204 | Initial Office Visit | S43.409A | 254.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| | | ELECT | ELECTRODES | S43.409A | 25.60 | |
| 8/11/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 8/13/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 8/16/16 | | 99213 | Return Office Visit | S43.409S | 121.00 | |
| | | 20550 | Injection / Intra-muscular | S43.409A | 91.30 | |
| | | 90772 | Injection - Intramuscular | S43.409S | 63.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 37.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 44.00 | |
| 8/20/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 8/27/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 9/10/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 9/19/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 9/22/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| | | 99213 | Return Office Visit | S43.409S | 121.00 | |
| 9/28/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 10/11/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 10/15/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 10/18/16 | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |
| 11/1/16 | | 99213 | Return Office Visit | S43.409S | 121.00 | |
| | | 97010 | MOIST HEAT/COLD PACKS | S43.409A | 34.00 | |
| | | 97014 | ELECTRONIC STIMULATION | S43.409A | 42.00 | |

Sub-Total for Claim:                                                                1,865.90   1,865.90

# WESTBANK PHYSICIANS REHAB

#140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752



August 2, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Lucey Blackwell
      SS#
      D/A   July 5, 2016
      IOV   August 2, 2016

Dear Mr. Hebert,

**CHIEF COMPLAINT:** The patient comes in complaining of right shoulder pain, right hip pain and right side pain.

**HISTORY OF PRESENT ILLNESS:** Ms. Blackwell is a 41-year-old female patient who was seen in the office today for injuries related to a motor vehicle accident that occurred on July 5, 2016. She states she was the restrained front seat passenger of a vehicle that was moving when sideswiped by an 18-wheeler that merged into her lane of traffic. She states the airbags did not deploy and that she was able to get out of the vehicle and move around at the accident scene. She reports heavy damage to the vehicle she was riding in. There were no reports of head trauma or loss of consciousness. There are no complaints of headaches, dizziness, nausea or vomiting. She He states an ambulance was not called out to the accident scene. She did not go to the hospital for emergency room treatment. She states her pain was not felt immediately after the accident, but days afterwards.

**PAST MEDICAL HISTORY:** The patient does not report being involved in any previous accidents. She reports being allergic to latex. She is currently taking medications. She suffers from no other illnesses such as high blood pressure, heart disease, diabetes or anemia. There is no previous surgical history to report. She denies the possibility of being pregnant at this time.

**SOCIAL HISTORY:** She is single with three children. She is right handed. She is employed. She has not missed any days of work due to this accident. She smokes tobacco products and never drinks alcohol.

# WESTBANK PHYSICIANS REHAB

1140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752

Blackwell, Lacey
Page 2

**PHYSICAL EXAMINATION:** This patient was seen by Dr. David Dunn.

**HEENT:** The head is normocephalic and atraumatic. The pupils are equal, round and reactive to light and accommodation. Extraocular movements are normal. There is no tenderness noted around the temporomandibular joints. The ears, nose and throat are clear.

**NECK:** There are no surgical scars noted over the neck. There is good range of motion of the cervical spine. There are no muscle spasms noted in the cervical paraspinous, trapezius or sternocleidomastoid muscles. There is no thyromegaly.

**CHEST:** There is no chest wall bruising, swelling or tenderness noted.

**LUNGS:** The lungs are clear to auscultation and percussion.

**HEART:** The heart shows a regular rate and rhythm. There are no murmurs heard.

**ABDOMEN:** Soft, nontender. There are good bowel sounds heard in all quadrants.

**BACK:** There are no surgical scars noted over the back. There is good range of motion of the lumbar spine. There are no muscle spasms noted.

**EXTREMITIES:** There is pain with range of motion of the right shoulder with tenderness palpated in the right trapezius muscles. There is pain with range of motion of the right hip with tenderness noted.

**NEURO:** Deep tendon reflexes are 2+ and equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal. Cranial nerves III-XII are grossly intact.

**CLINICAL IMPRESSION:** Motor vehicle accident of July 5, 2016 producing:
1. Right hip pain.
2. Right shoulder strain.

**RECOMMENDATIONS:**
1. Mobic, Flexeril, Tylenol #3. All medications are to be taken as prescribed and directed. Appropriate medication instructions and precautions were issued.
2. X-rays of the left shoulder and left hip.
3. The patient is to begin a conservative treatment program here in the office.
4. The patient was asked to return in two weeks for a follow up visit with the physician.

David Dunn, M.D.

# WESTBANK PHYSICIANS REHAB
4440 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7752



August 16, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Lacey Blackwell
      SS#
      D/A   July 5, 2016

Dear Mr. Hebert,

**CHIEF COMPLAINT:** The patient comes in complaining of right shoulder pain, right hip pain and right side pain.

**INTERIM HISTORY:** Ms. Blackwell is a 41-year-old female patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016. On this evaluation in the office, she is complaining of constant right shoulder, right hip and right side pain in the 7/10 range. She states her pain is aggravated mostly from standing. She does not complain of having trouble sleeping at night due to any pain. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. She states the treatment prescribed here in the office is helping.

**PHYSICAL EXAMINATION:** This patient was seen by Dr. David Dunn.
**NECK:** There is good range of motion of the cervical spine. There are no muscle spasms noted.
**BACK:** There is good range of motion of the lumbar spine. There are no muscle spasms noted.
**CHEST:** The chest is nontender.
**HEART:** The heart shows a regular rate and rhythm.
**LUNGS:** The lungs are clear to auscultation and percussion.
**EXTREMITIES:** There is pain with range of motion of the right shoulder with tenderness palpated in the right trapezius muscles. There is pain with range of motion of the right hip with tenderness noted.
**NEURO:** Deep tendon reflexes were 2+ equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

# WESTBANK PHYSICIANS REHAB
1140 WESTBANK EXPRESSWAY • MARRERO, LOUISIANA 70072 • PHONE: 504-341-4522 • FAX: 504-347-7753

Blackwell, Lacey
Page 2

RECOMMENDATIONS:
1. The patient is to continue with her medication as prescribed and directed.
2. A Toradol and Dexamethasone injection was given today-tolerated well.
3. The patient is asked to continue with her conservative treatment program here in the office.
4. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dinn, M.D.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4821 · FAX: 504-347-7752



September 22, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Lacey Blackwell
      SS#   ▓▓▓
      D/A   July 5, 2016

Dear Mr. Hebert,

**CHIEF COMPLAINTS** The patient comes in complaining of right shoulder pain and right hip pain.

**INTERIM HISTORY:** Ms. Blackwell is a 41-year-old female patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016. On this evaluation in the office, she is complaining of off and on right shoulder and hip pain in the 7/10 range. She states her pain is aggravated by any and all activity. She does not complain of having trouble sleeping at night due to any pain. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. She states the treatment and medication prescribed here in the office is helping.

**PHYSICAL EXAMINATION:** This patient was seen by Dr. David Dunn.
**NECK:** There is good range of motion of the cervical spine. There are no muscle spasms noted.
**BACK:** There is good range of motion of the lumbar spine. There are no muscle spasms noted.
**CHEST:** The chest is nontender.
**HEART:** The heart shows a regular rate and rhythm.
**LUNGS:** The lungs are clear to auscultation and percussion.
**EXTREMITIES:** There is pain with range of motion of the right shoulder with tenderness palpated in the right trapezius muscles. There is pain with range of motion of the right hip with tenderness noted.
**NEURO:** Deep tendon reflexes were 2+ equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4822 · FAX: 504-347-7751

Blackwell, Lacey
Page 2

RECOMMENDATIONS:
1. The patient is to continue with her medication as prescribed and directed.
2. The patient is given a referral for MRI of the cervical spine.
3. The patient is asked to continue with her conservative treatment program here in the office.
4. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D.

# WESTBANK PHYSICIANS REHAB

1140 WESTBANK EXPRESSWAY · MARRERO, LOUISIANA 70072 · PHONE: 504-341-4122 · FAX: 504-347-2742

November 1, 2016

Blaine Hebert, Attorney at Law
1331 Barataria Boulevard Suite A
Marrero, LA 70072

RE:   Lacey Blackwell
      SS#
      D/A    July 5, 2016

Dear Mr. Hebert,

CHIEF COMPLAINT: The patient comes in complaining of right shoulder pain and right hip pain.

INTERIM HISTORY: Ms. Blackwell is a 41-year-old female patient who is being followed in the office for injuries related to a motor vehicle accident that occurred on July 5, 2016. On this evaluation in the office, she is complaining of off and on right shoulder and hip pain in the 5/10 range. She states her pain is aggravated by any and all activity. She does not complain of having trouble sleeping at night due to any pain. There are no complaints of bowel trouble or bladder trouble on this visit. There are no new accidents to report. She states the treatment and medication prescribed here in the office is helping.

PHYSICAL EXAMINATION: This patient was seen by Dr. David Dunn.
NECK: There is good range of motion of the cervical spine. There are no muscle spasms noted.
BACK: There is good range of motion of the lumbar spine. There are no muscle spasms noted.
CHEST: The chest is nontender.
HEART: The heart shows a regular rate and rhythm.
LUNGS: The lungs are clear to auscultation and percussion.
EXTREMITIES: There is pain with range of motion of the right shoulder with tenderness palpated in the right trapezius muscles. There is pain with range of motion of the right hip with tenderness noted.
NEURO: Deep tendon reflexes were 2+ equal. Straight leg raising is negative bilaterally. Strength, motor and sensation exams are normal.

# WESTBANK PHYSICIANS REHAB

4140 WESTBANK EXPRESSWAY • MARRERO, LOUISIANA 70053 • PHONE: 504-341-4822 • FAX: 504-347-1752

Blackwell, Lacey
Page 2

RECOMMENDATIONS:
1. The patient is to continue with her medication as prescribed and directed.
2. The patient is given a referral for MRI of the cervical spine.
3. The patient is asked to continue with her conservative treatment program here in the office.
4. The patient is asked to return in four weeks for a follow up visit with the physician.

David Dunn, M.D

, Dec. 30  2016  11:47AM    La. Medical (W.&.)                          No. 5969    P  3

## WESTBANK PHYSICIANS REHAB

1111 Manhattan Boulevard • Harvey, Louisiana 70072 • (504) 341-6372 • Fax (504) 347-7757

DIAGNOSTIC TESTING REFERRAL

DA
2/5/16

DATE: _____ 11/1/16 _____

ATTORNEY: _____ Hebert _____

PATIENT: _____ Tracy Blackwell _____

THE ABOVE PATIENT NEEDS THE FOLLOWING TEST/PROCEDURE:

___ Neurological Consult

___ EMG/NCV ___ Bilateral Upper Extremity ___ Bilateral Lower Extremity

___ Consultation with a Neurosurgeon

___ CERVICAL ESI ___ LUMBAR ESI

___ CT SCAN OF THE _____

___ ORTHOPEDIC EVAL OF _____

___ OTHER _____

MRI ___ LUMBAR SPINE ( ___ CERVICAL SPINE ___ THORACIC SPINE      S13.4XXA

___ ( )SHOULDER ___ BRAIN    ( )WRIST

___ ( )ANKLE ___ ( )KNEE    ( )OTHER _____

NOTE: _____

_____ Dunn _____
ORDERING PHYSICIAN SIGNATURE

PLEASE FAX RESULTS TO FAX NUMBER ABOVE

Mar. 10, 2017 4:00PM   La. Medical (W.B.)                    No. 7764   P. 40

# WESTBANK PHYSICIANS REHAB

4140 Westbank Expressway • Marrero, Louisiana 70072 • (504) 341-6822 • Fax (504) 347-7752

### DIAGNOSTIC TESTING REFERRAL

DATE: _____ 3/10/17 _____

ATTORNEY: _____

PATIENT: _____ Lacey Blackwell _____

THE ABOVE PATIENT NEEDS THE FOLLOWING TEST/PROCEDURE:

___ Neurological Consult

___ EMG/NCV ___ Bilateral Upper Extremity ___ Bilateral Lower Extremity

___ Consultation with a Neurosurgeon

___ CERVICAL ESI ___ LUMBAR ESI

___ CT SCAN OF THE _____

✓ ORTHOPEDIC EVAL OF _____ R Shoulder _____

___ OTHER _____

MRI ___ LUMBAR SPINE ___ CERVICAL SPINE ___ THORACIC SPINE

___ ( ) SHOULDER ___ BRAIN ( ) WRIST

___ ( ) ANKLE ___ ( ) KNEE ( ) OTHER _____

NOTE: _____

_____
ORDERING PHYSICIAN SIGNATURE

PLEASE FAX RESULTS TO FAX NUMBER ABOVE

Mar. 30. 2017 4:00PM   La Medica  (M.B.)                    No. 7735   P.  7

*CANAL RADIOLOGY LABORATORY*
*2930 CANAL STREET, SUITE 200*
*NEW ORLEANS, LA 70119*
*(504) 821-2574*



*Patient:*     Lacey Blackwell

*Exam #:*      169506

*Date:*        8/2/16

**X-RAY RIGHT SHOULDER, 2 VIEWS:** *Internal and external rotational views were obtained. No evidence of fracture, dislocation, or lytic lesion. Normal alignment of the humeral head and glenoid. No abnormal soft tissue calcifications. Normal bone mineralization. No abnormality of the upper bony thorax. Normal AC joint with no significant degenerative changes.*

*IMPRESSION: Normal study.*

**X-RAY RIGHT HIP, 2 VIEWS:** *AP and frogleg views were acquired. Normal bone structure for the patient's age. No evidence of any significant degeneration or avascular necrosis. No evidence of fracture, dislocation, or lytic lesion. Normal mineralization. Normal soft tissue planes with no evidence of effusion.*

*IMPRESSION: Normal study.*

*Jeffery Laborde, M.D.*

Nov. 10. 2017  4:00PM   La. Medical (W.B.)                    No. 7709  P. 18
Canal Radiology Laboratory

TIN: 72-0975548

WESTBANK PHYSICIANS REHAB
1140 WESTBANK EXPRESSWAY
HARVEY, LOUISIANA 70072

CONFIDENTIAL

PATIENT: Lacey Blackwell          REFERRING DR.: Dunn

X-RAY #: 116-95066P8              DATE: 8/02/16

| CHEST | CODE | PROCEDURE | AMOUNT | EXTREMITIES | CODE | PROCEDURE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 71020 | CPA & Lateral Chest | $110.00 | | 73560 | Heel   RT  LT  BT | $85.00 |
| | 71021 | 3 Views of Chest | $115.00 | | 73630 | Foot 2 Views   RT  LT  BT | $100.00 |
| | 71022 | 4 Views of Chest | $165.00 | | 73070 | Elbow 2 Views  RT  LT  BT | $85.00 |
| | 71010 | PAP Chest | $85.00 | | 73080 | Elbow 3 Views  RT  LT  BT | $115.00 |
| Pediatric Chest | CODE | PROCEDURE | AMOUNT | | 73550 | Femur   RT  LT  BT | $110.00 |
| | 71021 | Age 0-3 ¾ PPA, PAP LAT | $80.00 | | 73140 | Finger   RT  LT  BT | $85.00 |
| | 71020 | Age ¾ 2¾ 3 P8 Views | $75.00 | | 73660 | Toe   RT  LT  BT | $85.00 |
| | 71070 | Apical Lordotic | $85.00 | | 73090 | Forearm   RT  LT  BT | $100.00 |
| RIBS | CODE | PROCEDURE | AMOUNT | | 73100 | Wrist 2 Views  RT  LT  BT | $50.00 |
| | 71100 | Unilateral Ribs | $115.00 | | 73110 | Wrist 3 Views  RT  LT  BT | $115.00 |
| | 71101 | Uni Ribs & PPA Chest | $145.00 | | 73120 | Hand 2 Views  RT  LT  BT | $90.00 |
| | 71101 | Uni Ribs, PPA, LAT Chest | $170.00 | | 73130 | Hand 3 Views  RT  LT  BT | $115.00 |
| | 71110 | Bilateral Ribs | $195.00 | | 73560 | Knee 2 Views  RT  LT  BT | $85.00 |
| | 71130 | Sterno-Clavicular | $140.00 | | 73562 | Knee 3-4 Views  RT  LT  BT | $130.00 |
| | 74000 | KUB Abdomen | $100.00 | | 73564 | Knee 6 Views  RT  LT  BT | $170.00 |
| | 74020 | KUB&Erect Abdomen | $140.00 | | 73590 | Tibia-Fibula  RT  LT  BT | $115.00 |
| Face & Skull | CODE | PROCEDURE | AMOUNT | | 73030 | Shoulder (RT) LT  BT | $100.00 |
| | | | | | 23600 | Clavicle 2 Views  RT  LT  BT | $60.00 |
| | 70250 | Skull Survey | $110.00 | | 73600 | Ankle 2 Views  RT  LT  BT | $100.00 |
| | 70260 | Skull Complete | $105.00 | | 73610 | Ankle 3 Views  RT  LT  BT | $120.00 |
| | 70150 | Nasal Bones | $110.00 | | 73050 | AC Joints Pain  RT  LT  BT | $100.00 |
| | 70310 | Mandible Bilateral | $145.00 | | 73050 | AC Joints w/Weights | $145.00 |
| | | | | | | RT  LT  BT | |
| | | | | | 73060 | Humerus   RT  LT  BT | $110.00 |
| | | | | | 73010 | Scapula  RT  LT  BT | $110.00 |
| | 70328 | TMJ's Bilateral | $155.00 | | | PROCEDURE | AMOUNT |
| | 74020 | Esoph/Intest 4 Views | $140.00 | SPINE | 72040 | Cervical Survey | $85.00 |
| PROFESSIONAL COMPONENT | CODE | AMOUNT | CODE | AMOUNT | | | |
| | | | | | 72053 | Cervical Colinpléte | $170.00 |
| | 1026 | $15.00 | 2026 | $25.00 | 72070 | Thoracic Spine | $115.00 |
| | 3026 | $30.00 | 4026 | $40.00 | 72100 | Lumbar Survey | $110.00 |
| | | | | | 72110 | Lumbar Complete | $200.00 |
| | | | | | 72170 | AP Pelvis | $100.00 |
| | | | | | 73520 | Hips-Bilateral | $200.00 |
| TOTAL AMOUNT DUE: | | | | | 72510 | Hip-AP Pelvis Frogleg | $110.00 |
| $ (30.00) | | | | | 72220 | Sacrum & Coccyx | $135.00 |
| | | | | | | Pelvis 4 Views | $155.00 |

From: Clearview Internal Medican          504+885+2904          01/30/2017 13:03          #450 P.001/003

MAKE CHECKS PAYABLE TO:

LA MRI,INC
4150 NORTH BLVD
SUITE 100
BATON ROUGE, LA 70806

| | STATEMENT | |

Claim No.:          271-1832L
Statement Date:     01/26/2017 11:35
Pay this Amount:    $693.00

LACEY BLACKWELL                          Patient:
711 1/2 SECOND ST.                       LACEY BLACKWELL
GRETNA, LA 70053                         711 1/2 SECOND ST.
                                         GRETNA, LA 70053

*Please return this portion with payment

| Date | Claim # Number | | Procedure | Description | | ICD | Amount | Balance |
|------|----------------|---|-----------|-------------|---|-----|--------|---------|
| 1/18/17 | 2076#4132 LA MRI INC | | 72141 | MRI Cervical Spine | | 813.4XXA | 693.00 | |

Sub-Total for Claim:                                                           693.00        693.00

Balance Due:                                                                   693.00        693.00

| Current | Over 30 Days | Over 60 Days | Over 90 Days | Over 120 Days |
|---------|--------------|--------------|--------------|---------------|
| 693.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1/30/2017      2:00 6434       For Billing Questions Call 225+454+6576          Page 1 of 1

From: Clearview Internal Medican      504+805+2904      01/30/2017 13.03      4480 P.002/003



PATIENT: Lacey C. Blackwell

DOB: ████████                              DATE: 01/19/2017

REFERRED BY: Dunn

EXAMINATION: MRI cervical spine, high field.

On the high-field 1.5 Tesla system, multiple sagittal T1 and T2-weighted images were acquired with axial T2-weighted imaging.

Indication: Pain/trauma.

Prior examinations: None.

Osseous structures: Vertebral column is normal for alignment, no evidence of fracture, lytic lesion or subluxation.

Bone marrow: Normal signal intensity for patient's age and body habitus. No abnormal metabolic or hematologic process is noted.

Base of the skull, cervical inlet and intradural structures: Brain stem terminates in its normal position. Contents of the posterior fossa appear normal. Spinal cord of normal size, shape, and diameter throughout with no evidence of mass lesion.

Paraspinous structures: Pericervical musculature is of normal. The surrounding soft tissues are clear with no evidence of mass lesion or lymphadenopathy.

Disc spaces:

C2-3 Intervertebral Disc: Normal cervical disc. No significant bulge, herniation, or protrusion. No evidence of degeneration, volume loss, or spondylosis formation. No evidence of spinal or foraminal stenosis. No evidence of cord or nerve root compromise.

C3-4 Intervertebral Disc: Positive for moderate right foraminal stenosis secondary to hypertrophy of the right uncovertebral joint and facet. There is probable right C4 nerve root compromise in that stenotic neural foramen. The left foraminal volume is normal. There is no central component. The central spinal canal is clear.

C4-5 Intervertebral Disc: Normal cervical disc. No significant bulge, herniation, or protrusion. No evidence of degeneration, volume loss, or spondylosis formation. No evidence of spinal or foraminal stenosis. No evidence of cord or nerve root compromise.

4560 North Blvd, Suite 100                              2919 Harvard Ave.
Baton Rouge, La 70806                                   Metairie, La 70006
(225) 454-6276                                          (504) 309-9657
(225) 454-6380 Fax                                      (504) 309-9659 Fax

From: Clearview Internal Medican      504+385+2904          01/30/2017 13:03      #480 P.003/003

Lacey C. Blackwell
January 19, 2017

C5-6 Intervertebral Disc: Positive for a broad-based central disc herniation that posteriorly displaces the cord but does not cause cord compression. There is a significant bilateral lateral disc herniation. This creates bilateral foraminal stenosis, more prominent on the right than the left. There is probable compromise of the C6 nerve roots.

C6-7 Intervertebral Disc:  Central soft tissue disc bulge but no significant central spinal stenosis. Significant bilateral foraminal stenosis secondary to hypertrophy of the uncovertebral joints and facets and probable compromise of the C7 nerve roots.

C7-T1 Intervertebral Disc: Normal cervical disc. No significant bulge, herniation, or protrusion. No evidence of degeneration, volume loss, or spondylosis formation. No evidence of spinal or foraminal stenosis. No evidence of cord or nerve root compromise.

IMPRESSION:

1. C3-4 moderate right foraminal stenosis.
2. C5-6 central disc herniation with cord displacement and bilateral foraminal stenosis more prominent on the right than the left.
3. C6-7 central disc protrusion and bilateral foraminal stenosis.


Jeffery Laborde, M.D.


JL/es

Dictated but Not read

03/13/2017  14:08  FAX   504 341 2890          Folse Pharmacy                        @0002/0003

## Folse Pharmacy

4000 4th St
Marrero, LA 70072-2240
(504) 341-2711

### A/R Outstanding Balance Details

Print Date:      3/13/2017

Accounts Receivable Outstanding Balance Details

BLACKWELL, LACEY                    Credit Limit:                    $0.00
1804 Barataria Blvd Ste A           Current Balance:               $302.86
Marrero, LA 70072-4204              Last Payment On:
                                    Last Payment Amount:             $0.00

BLACKWELL, LACEY (Acct #:175)

| Date | Description | Total | Payments Applied | Balance Due |
|---|---|---|---|---|
| 8/8/2016 | 1040568-00 - LACEY BLACKWELL | $21.51 | $0.00 | $21.51 |
| 8/8/2016 | 1040569-00 - LACEY BLACKWELL | $29.39 | $0.00 | $29.39 |
| 8/8/2016 | 1040570-00 - LACEY BLACKWELL | $24.41 | $0.00 | $24.41 |
| 8/16/2016 | 1041822-00 - LACEY BLACKWELL | $33.78 | $0.00 | $33.78 |
| 9/10/2016 | 1040568-01 - LACEY BLACKWELL | $21.51 | $0.00 | $21.51 |
| 9/10/2016 | 1040569-01 - LACEY BLACKWELL | $29.39 | $0.00 | $29.39 |
| 9/10/2016 | 1040570-01 - LACEY BLACKWELL | $24.41 | $0.00 | $24.41 |
| 9/13/2016 | 1041822-01 - LACEY BLACKWELL | $33.78 | $0.00 | $33.78 |
| 10/11/2016 | 1041822-02 - LACEY BLACKWELL | $33.78 | $0.00 | $33.78 |
| 10/11/2016 | 1050239-00 - LACEY BLACKWELL | $29.39 | $0.00 | $29.39 |
| 10/11/2016 | 1050254-00 - LACEY BLACKWELL | $21.51 | $0.00 | $21.51 |

BLACKWELL, LACEY (Acct #:175)                SubAccount Total              $302.86